**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 95-7417**

—————————

ROBERT EARL BROOKS,

Petitioner - Appellant,

versus

FRANKLIN E. FREEMAN, JR.,

Respondent - Appellee.

—————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Chief District Judge. (CA-94-569-5-BR)

—————————

Submitted: January 23, 1996        Decided: February 9, 1996

—————————

Before HAMILTON and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Robert Earl Brooks, Appellant Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Brooks v. Freeman</u>, No. CA-94-569-5-BR (E.D.N.C. Aug. 22, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2